# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHELOB MALDONADO,**

        **Plaintiff,**

**v.**                                                             **Case No:  6:19-cv-398-Orl-22GJK**

**COMPETITIVE EDGE GROUP, INC.**
**and FRED R. BOOTHBY,**

        **Defendants.**

_____

## ORDER

    This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AGREEMENT AND FOR ORDER OF DISMISSAL WITH PREJUDICE (Doc. No. 31)** |
| **FILED:** | **November 18, 2019** |

**THEREON** it is **ORDERED** that the motion is **DENIED as moot**. On November 27, the parties filed a Renewed Joint Motion for Court Approval of Settlement Agreement and for Order of Dismissal with Prejudice. Doc. No. 35.

    **DONE** and **ORDERED** in Orlando, Florida, on December 2, 2019.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties