# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHELOB MALDONADO,**

      **Plaintiff,**

v.                                                      Case No:   6:19-cv-398-Orl-22GJK

**COMPETITIVE EDGE GROUP, INC.**
**and FRED R. BOOTHBY,**

      **Defendants.**

## ORDER

This cause is before the Court on the Renewed Joint Motion for Court Approval of Settlement Agreement and for Order of Dismissal with Prejudice (Doc. No. 35) filed on November 27, 2019.

The United States Magistrate Judge has submitted an amended report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of Non-Objection, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Amended Report and Recommendation filed December 4, 2019 (Doc. No. 39), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Renewed Joint Motion for Court Approval of Settlement Agreement and for Order of Dismissal with Prejudice is hereby GRANTED in part and DENIED in part.

3. The modification provision in paragraph sixteen of the Agreement (Doc. 35-1) is hereby STRICKEN.

4. The Court finds the Agreement as modified to be a fair and reasonable compromise of a bona fide FLSA dispute.

5. The Court declines to reserve jurisdiction to enforce the settlement agreement.

6. This case is DISMISSED with prejudice.

7. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on December 10, 2019.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record